# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| KEVIN LAMAR LOCKHART, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00403-MR |
| | ) | 1:08-cr-00062-MR-1 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 16, 2014 Memorandum of Decision Order.

January 16, 2014

Frank G. Johns, Clerk
United States District Court